**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| ELERI CHARLES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. CV 17-03472-BRO (AS)<br><br>**JUDGMENT** |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:　May 11, 2017

　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE